OPINION — AG — THE CONTRACT REFERRED TO BY YOU AND INCLUDED WITH YOUR LETTER IS VOID AND NOT BINDING UPON THE OKLAHOMA PLANNING AND RESOURCES BOARD; THAT SAID BOARD IS NOT OBLIGATED TO PAY THE ANNUAL RENT ACCORDING TO THE CONTRACT; AND, THAT THE TITLE TO ANY PIPE LINES OR OTHER EQUIPMENT IS VESTED IN THE STATE OF OKLAHOMA AND SAID BOARD HAS THE RIGHT TO REMOVE SAME FROM MR CRONKHITE'S PROPERTY. CITE: OPINION NO. MAY 24, 1963 — KENNY (HARVEY CODY)